**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1456**

---

JANE M. HELMS,

        Plaintiff - Appellant,

    v.

HILTON RESORT CORP., d/b/a Hilton Grand Vacations, d/b/a Hilton Grand Vacations, LLC,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Florence. R. Bryan Harwell, Chief District Judge.  (4:21-cv-01875-RBH)

---

Submitted:  August 29, 2023                    Decided:  August 31, 2023

---

Before KING, AGEE, and BENJAMIN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jane M. Helms, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jane M. Helms seeks to appeal the district court's order adopting the magistrate judge's report, granting summary judgment to Defendant on Helms' federal employment discrimination claims, declining to retain jurisdiction over Helms' state law claim, and remanding that claim to state court. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on March 22, 2023. Helms filed the notice of appeal on April 24, 2023. Because Helms failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*